IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 5:10-cr-13 (HL) |
| **ROBERT A. KINSEY,** | : | |
| Defendant-Appellant. | : | |

## ORDER

The Court finds there is good cause to seal: (1) the Defendant-Appellant's reply brief filed in support of its Motion to Dismiss the Appeal as Moot (Doc. 35-2); and (2) the unredacted death certificate of the Defendant-Appellant (Doc. 35-1). There is not good cause to seal any other documents.

Accordingly, the Clerk's office is directed to file under seal the reply brief and the death certificate.

**SO ORDERED**, this the 3rd day of February, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc